1 | McGREGOR W. SCOTT
United States Attorney
2 | KAREN A. ESCOBAR
Assistant U.S. Attorney
3 | 3654 Federal Building
1130 "O" Street
4 | Fresno, California 93721
Telephone: (559) 498-7272

FILED

2005 AUG 31  P 12: 12

CLERK, U.S. DIST COURT
EASTERN DIST. OF CALIF
AT FRESNO

BY_____
         DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO. 05-0213 LJO |
| Plaintiff, ) | ORDER |
| v. ) | |
| JOSEPH MITCHELL RAMIREZ, ) | |
| Defendant. ) | |

Having considered the government's application to unseal the arrest warrant, criminal complaint and affidavit in the above-captioned proceeding,

IT IS HEREBY ORDERED that the arrest warrant, criminal complaint and affidavit submitted in support of the criminal complaint shall be UNSEALED.

Dated: August 30, 2005

_____
Honorable Lawrence J. O'Neill
U.S. Magistrate Judge

1