(SPACE BELOW FOR FILING STAMP ONLY)

**RICHARD P. BERMAN #55462**
**Attorney at Law**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 438-7425
FAX (559) 233-6947

ATTORNEY FOR   Defendant, JOSEPH RAMIREZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH MITCHELL RAMIREZ, et al.,<br><br>Defendants. | Case No.:   01:05MJ00213-LJO<br><br>**SUBSTITUTION OF ATTORNEYS** |
|---|---|

COMES NOW the Defendant, JOSEPH MITCHELL RAMIREZ, and hereby substitutes and appoints RICHARD P. BERMAN, Attorney at Law, 2333 Merced Street, Fresno, California  93721, (559) 438-7425, as his attorney of record in place and stead of ERIC GREEN, Attorney at Law, 2100 Tulare Street, Suite 512, Fresno, California 93721, (559) 237-0800.

DATED:  September 8, 2005.

    /s/ JOSEPH MITCHELL RAMIREZ
JOSEPH MITCHELL RAMIREZ
Defendant

///

///

1
SUBSTITUTION OF ATTORNEYS

1  I ACCEPT THIS SUBSTITUTION.
2      Dated:  September 8, 2005. LAW OFFICE OF RICHARD P. BERMAN
3
4                                      By /s/ RICHARD P. BERMAN
                                           RICHARD P. BERMAN
5
6  I CONSENT TO THE SUBSTITUTION.
7      DATED:  September 12, 2005.
8
9                                       /s/ ERIC GREEN
                                        ERIC GREEN
10
11                          *****************
12                               **ORDER**
13     Good cause appearing,
14     **IT IS HEREBY ORDERED** that ERIC GREEN, Attorney at Law, is
15  hereby relieved as attorney of record and RICHARD P. BERMAN,
16  Attorney at Law, is substituted in as his attorney of record.
17     IT IS SO ORDERED.
18  **Dated:   September 13, 2005**                **/s/ Dennis L. Beck**
    3b142a                                UNITED STATES MAGISTRATE JUDGE
19
20
21
22
23
24
25
26
27
28